IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT
IN AND FOR MANATEE COUNTY, FLORIDA
CIVIL DIVISION

SHAUNA KRONE, an individual,

    Plaintiff,

vs.                                                CASE NO.:

DICK'S SPORTING GOODS, INC., a foreign corporation,

    Defendant

_____/

## COMPLAINT

Plaintiff SHAUNA KRONE, by and through the undersigned counsel, files this Complaint for Damages against Defendant DICK'S SPORTING GOODS, INC., a foreign corporation and alleges:

1. This is an action for damages in excess of $30,000.00 exclusive of costs and interest.

2. The incident which constitutes the subject matter of this action occurred in Manatee County, Florida.

3. At all times material hereto Plaintiff SHAUNA KRONE was a resident of Manatee County, Florida.

4. At all times material hereto Plaintiff SHAUNA KRONE was married to Timothy Krone.

5. At all times material hereto Defendant DICK'S SPORTING GOODS, INC. was a foreign corporation licensed to do business in the State of Florida.

6. On or about December 22, 2018 Plaintiff's husband Timothy Krone purchased a Schwinn bicycle from Defendant DICK'S SPORTING GOODS, INC., for the use and benefit of his wife Plaintiff SHAUNA KRONE.

7. On or about December 23, 2018 an employee of Defendant DICK'S SPORTING GOODS, INC. assembled said Schwinn bicycle at its store located at 181 N. Cattlemen Road, Sarasota, Sarasota County, Florida 34243.

8. Both Plaintiff and her husband assumed Defendant assembled said Schwinn bicycle, appropriately, safely, according to the manufacturer's directions, and that it would be in proper working order.

9. Plaintiff took possession of said Schwinn bicycle directly from Defendant DICK'S SPORTING GOODS, INC.

10. Neither Plaintiff nor her husband made any modifications to the Schwinn bicycle since purchasing it and obtaining it from Defendant DICK'S SPORTING GOODS, INC.

11. On or about December 31, 2018, Plaintiff SHAUNA KRONE operated said Schwinn bicycle on Fort Hamer Road, in Parrish, Manatee County, Florida.

12. At said time and place, while Plaintiff SHAUNA KRONE was operating said Schwinn bicycle, the back tire of the Schwinn bicycle sold to Plaintiff's husband Timothy Krone, by Defendant DICK'S SPORTING GOODS, INC., assembled by Defendant's employee at DICK'S SPORTING GOODS, INC., suddenly and without warning, exploded due to the negligent assembly of the bicycle and over inflation of the tire by Defendant's employee.

13. At said time and place, Plaintiff SHAUNA KRONE was suddenly and forcefully thrown from the Schwinn bicycle onto the ground.

**COUNT I**
**NEGLIGENT SUPERVISION OF EMPLOYEES BY DICK'S SPORTING GOODS, INC.**

14. Plaintiff re-alleges paragraphs 1-13 above as if fully set forth herein.

15. Defendant DICK'S SPORTING GOODS, INC., owed a duty to Plaintiff to properly supervise, train, instruct, oversee and manage its employees to ensure that they

adequately performed their duties, including the assembly of bicycles according to the manufacturers' specifications.

16. Defendant DICK'S SPORTING GOODS, INC., breached this duty by:

    a.) Failing to properly supervise, train, instruct, oversee and/or manage its employees, agents and/or servants, including the employee who negligently assembled the Schwinn bicycle, and overinflated the tire;

    b.) Failing to ensure that its employees followed policies and procedures necessary to assure bicycle assemblies were conducted according to the manufacturers' specifications, in a proper manner, including Schwinn bicycle;

    c.) Failing to have policy in place to ensure bicycles were assembled according to manufacturers' specifications;

    d.) Failing to timely detect employees' improper assembly of bicycles.

17. As a direct and proximate result of the negligence in the supervision of Defendant DICK'S SPORTING GOODS, INC.'s employees, Plaintiff SHAUNA KRONE suffered bodily injury and resulting pain and suffering, impairment, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, and aggravation of a previously existing condition. The losses are either permanent or continuing and Plaintiff SHAUNA KRONE will suffer the losses in the future.

## COUNT II
## VICARIOUS LIABLITY AGAINST DICK'S SPORTING GOODS, INC.

18. Plaintiff re-alleges paragraphs 1-13 above as if fully set forth herein.

19. Defendant DICK'S SPORTING GOODS, INC. owned and/or operated and/or staffed and/or supervised the DICK'S SPORTING GOODS store located at 181 N. Cattlemen Road, Sarasota, Sarasota County, Florida 34243.

20. At all times material hereto the DICK'S SPORTING GOODS, INC. employee who assembled the Schwinn bicycle was acting within the course and scope of his employment with Defendant DICK'S SPORTING GOODS, INC.

21. Accordingly, Defendant DICK'S SPORTING GOODS, INC. is vicariously liable for any and all negligent acts or omissions of its employees, including the employee who negligently assembled the Schwinn bicycle and overinflated the back tire, while acting within the course and scope of his employment with Defendant DICK'S SPORTING GOODS, INC.

22. As a direct and proximate result of the negligence alleged, for which DICK'S SPORTING GOODS, INC. is vicariously liable, SHAUNA KRONE suffered bodily injury and resulting pain and suffering, impairment, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, and aggravation of a previously existing condition. The losses are either permanent or continuing and Plaintiff SHAUNA KRONE will suffer the losses in the future.

WHEREFORE, Plaintiff SHAUNA KRONE demands judgment for damages against Defendant DICK'S SPORTING GOODS, INC., a Florida limited liability company, together with the costs of this action and demands trial by jury of any and all issues so triable.

Dated this 24 day of September, 2020.

Gregory S. Hagopian, Esq.
FBN: 980481
GALLAGHER & HAGOPIAN, PL
4420 5th Street West
Bradenton, FL 34207
(941) 727-6944
(941) 727-6933  fax
gh@hurtbyaccident.com
Attorney for the Plaintiff